UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Daniel Penades,

       Plaintiff/Petitioner(s),     :    ORDER GRANTING IFP APPLICATION

   -against-                                   15__ Civ. 0725____ (UA  )

The Republic of Ecuador,

       Defendant/Respondent(s).
------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized.  28 U.S.C. § 1915.

    SO ORDERED:

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated: April 9, 2015
       New York, New York